CENTER FOR DISABILITY ACCESS
Raymond Ballister Jr., Esq., SBN 111282
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
Christopher A. Seabock, Esq. SBN 279640
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
ChrisS@potterhandy.com
Attorneys for Plaintiff

Michele A. Dobson, Bar No. 192349
Law Offices of Michele A. Dobson
Historic Bixby Knolls
3711 Long Beach Boulevard, Suite 5047
Long Beach, CA 90807
T (562) 433-7718 Telephone
F (562) 433-7719 Facsimile
E longbeachesq@gmail.com
www.longbeachesq.com

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Chris Langer,** | Case No.: 2:19-cv-10223-FLA-SK |
| Plaintiff, | **JOINT WITNESS LIST** |
| v. | **Final Pretrial Conference: June 25, 2021**<br>**Time: 11:00 a.m.** |
| **4270 Atlantic, L.L.C.,** a California Limited Liability Company; and Does 1-10, | Complaint Filed: December 3, 2019<br>Trial Date: July 12, 2021 |
| Defendants. | Honorable Judge Fernando L. Aenlle-Rocha |

     Pursuant to Local Rule 16-5, the Parties hereby submits their Witness List. The Parties reserve the right to revise, withdraw, amend or modify and/or supplement this list should new information become available.

| Witness's Name*, Title, Affiliation (If Relevant) | Summary of Testimony / Why Testimony Is Unique | Time for Direct Exam (hours) | Time for Cross Exam (hours) | Dates of Testimony |
|---|---|---|---|---|
| Chris Langer, Plaintiff | Mr. Langer will testify about: (1) his disability; (2) the barriers he encountered at the Giltcomplex Antiques and Red Wing Shoes stores during his October 18, 2019 visit; (3) how the barriers at Giltcomplex Antiques and Red Wing Shoes store denied him full and equal access; and (4) his desire to return to the Giltcomplex Antiques and Red Wing Shoes stores. | 1 hour | 45 mins. | |
| Randall Marquis, Investigator | Mr. Marquis will testify about his investigation of the subject property and the photos he took on or about November 21, 2019 | ½ hour | 30 mins. | |
| Janis Kent, Expert | Ms. Kent is one of Plaintiff's designated experts. She is a licensed architect and a Certified Access Specialist. She will testify as to Defendant's compliance or non-compliance with the Americans with Disabilities Act in the operation of the facilities. | 1 hour | 1.5 minutes | |
| Cory Slater, Expert | Mr. Slater is Plaintiff's other designated expert. He is an experienced General Contractor (of more than 32 years) and offers remediation and cost estimates for barrier removal at the subject property. | 1 hour | 30 minutes | |
| | | | | |

| DEFENDANT'S WITNESS: | | | |
|---|---|---|---|
| William Gwinn Refuse Supervisor, Public Works P: (562) 570-2846 | It is not common practice for our refuse crews to place the bins in handicapped access zones after the receptacles have been serviced. The crews are trained to return the receptacles back to the original location the container was stored prior to arrival. | 1 hour | 1 hour |
| Jeff Becker, Accessibility Surveyor/ Defendant's Accessibility Expert | The facility is accessible and with the current Covid 19 pandemic permits for exterior dining, there are sufficient ADA accessible spaces based upon the photographs of the exterior since the Plaintiff's visit. | 1 hour | 1 hour |
| Bernie Ghermezi, Property Owner | The parking lot is ADA compliant and was at the time of the Plaintiff's visit. The waste container has not ever been rolled into the ADA slot before or since Plaintiff's visit. | 30 minutes | ½ hour |

Plaintiff and Defendant reserve the right to revise, withdraw and/or to supplement his Witness List as necessary and produce additional witness who may be relevant to this case as they become known during the course of this litigation and as permitted by Fed.R.Civ.P. 26(e).

Dated: May 18, 2021                    CENTER FOR DISABILITY ACCESS

By: /s/ Christopher A. Seabock
CHRISTOPHER A. SEABOCK
Attorneys for Plaintiff

Dated: May 18, 2021                    LAW OFFICES OF MICHELE A. DOBSON

By: *Michele Dobson*
MICHELE A. DOBSON
Attorney for Defendant, 4270 Atlantic, LLC