CENTER FOR DISABILITY ACCESS
Ray Ballister Jr., Esq., SBN 111282
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
Christopher A. Seabock, Esq., SBN 279640
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
ChrisS@potterhandy.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Chris Langer,**<br><br>　　　Plaintiff,<br><br>　v.<br><br>**4270 Atlantic, L.L.C.,** a California Limited Liability Company; and Does 1-10,<br><br>　　　Defendants. | **Case No.** 2:19-cv-10223-FLA-SK<br><br>**Joint Report Regarding Settlement** |

　　　The Parties report that mediation took place on February 17, 2021, with assigned panel mediator Steven Schneider. Counsel of record, client representatives, and parties with full authority to negotiate a settlement participated. However, the case did not settle at mediation.

　　　The Parties do not anticipate further settlement discussions to be productive in resolving the matter.

| | | |
|---|---|---|
| 1 | Dated: June 2, 2021 | CENTER FOR DISABILITY ACCESS |
| 2 | | |
| 3 | | By: /s/ Christopher A. Seabock |
| 4 | | CHRISTOPHER A. SEABOCK<br>Attorneys for Plaintiff |
| 5 | | |
| 6 | Dated: June 2, 2021 | LAW OFFICES OF MICHELE A. DOBSON |
| 7 | | |
| 8 | | |
| 9 | | By: /s/ Michele A. Dobson<br>MICHELE A. DOBSON |
| 10 | | Attorney for Defendant 4270 Atlantic, LLC |

2