CENTER FOR DISABILITY ACCESS
Chris Carson, Esq., SBN 280048
Raymond Ballister Jr., Esq., SBN 111282
Dennis Price, Esq., SBN 279082
Christopher A. Seabock, Esq., SBN 279640
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
ChrisS@potterhandy.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Chris Langer,** | Case No. 2:19-cv-10223-FLA-SK |
| Plaintiff, | **Direct Testimony Declaration of Chris Langer** |
| v. | |
| **4270 Atlantic, L.L.C.,** a California Limited Liability Company; and Does 1-10, | |
| Defendants. | |

**DECLARATION OF CHRIS LANGER**

1. I, the undersigned, am the Plaintiff in this case. Based upon my own experience and knowledge, I can competently testify to the following:
2. I am paraplegic; I cannot walk, and I use a wheelchair for mobility.
3. I drive a specially equipped van that has a ramp, which deploys out the passenger side.
4. On October 18, 2019, I went to the row of stores located at or about 4270 Atlantic Ave., Long Beach, California.
5. I specifically wanted to shop at Giltcomplex Antiques and Red Wing Shoes in this row of stores.
6. I have reviewed the photographs labeled "Exhibit 1." I personally took these photographs during my October 18, 2019 visit and they accurately reflect the conditions that I encountered that day.
7. The storefront for Giltcomplex Antiques is shown in Exhibit 1-A.
8. The storefront for Red Wing Shoes is shown in Exhibit 1-B.
9. Behind the row of stores are parking spaces with signs affiliating them with the row of stores, including Giltcomplex Antiques and Red Wing Shoes.
10. In the entire parking area behind the row of stores, there was only one that was reserved for use by disabled customers. But the access aisle to the space was blocked by a garbage dumpster. This space is shown in Exhibit 1-C.
11. The remaining parking spaces and the signs showing they were for use by customers of the row of stores are shown in Exhibits 1-D through 1-I.
12. The alley that connects the parking area to Atlantic Ave. is shown in Exhibit 1-J.
13. I try to avoid using unreserved parking spaces. These spaces are not marked or labeled and have no access aisle. Reserved parking spaces are typically highlighted with blue paint and signs and usually have access aisles that are striped with paint and labeled "No Parking". These markings serve as indicators to other drivers not to pull into the access aisle and park. This is very important to me because I do not want to be hit by a car

parking next to me while I am loading or unloading from my van out the side ramp. Also, I do not want a car parking next to me while I am outside of my van, preventing me from deploying my ramp and getting back in.

14. Because I did not want to worry about getting hit while getting into or out of my van or about someone parking next to me while I was inside the stores, I decided to leave instead.

15. I would like the ability to actually shop at the stores but will not do so right now because I know they do not have parking I can use without exposing myself to those unnecessary risks.

16. Once I can confidently use the parking, I will return to the stores.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Dated: June 7, 2021          By: _____
                                  Chris Langer

# This document was signed by:

## Chris Langer





| | |
|---|---|
| Date | 6/8/2021 2:18 AM UTC |
| Phone | 8584425491 |
| IP Address | 70.95.52.215 |
| Confirmation | ACDC93AEB810D3C9192BED9039292688 87960B120C32433400487CB74F64E569 |

**V**

**VINESIGN.COM**