

**EXHIBIT 1- A**



**EXHIBIT 1- B**



**EXHIBIT 1- C**



**EXHIBIT 1- D**



**EXHIBIT 1- E**



**EXHIBIT 1- F**



**EXHIBIT 1-G**



**EXHIBIT 1- H**



**EXHIBIT 1- I**



**EXHIBIT 1- J**