Michele A. Dobson (State Bar: 192349)
LAW OFFICES OF MICHELE A. DOBSON
3711 Long Beach Boulevard, Suite 5047
Long Beach, CA  90807
(562) 433-7718 T
(562) 433-7719 F
longbeachesq@gmail.com
www.longbeachesq.com

Attorney for Defendant, 4270 Atlantic LLC, et al

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Chris Langer**,<br><br>          Plaintiff,<br><br>     v.<br><br>**4270 Atlantic LLC. et al**,<br><br>          Defendant(s) | CASE No: 2:19-cv-10223-FLA-(SKx)<br>Honorable Judge Fernando L. Aenlle-Rocha<br><br>**DEFENDANT'S**<br>**4270       ATLANTIC LLC, PRETRIAL DISCLOSURE** |

TO THIS HONORABLE COURT, TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE:  Pursuant to FRCP 26(a)(3) and Local Rules 16-2.3 and 16-2.4, the Defendant hereby submits his Pretrial Disclosures. Defendant reserves the right to revise, withdraw, amend or modify and/or supplement these disclosures should new information become available.

///

///

///

///

1. **LIST OF WITNESSES**

| Name of Person | Person's Address and Telephone Number | Description of What the Person Knows |
|---|---|---|
| Bernie Ghermezi | Available through Defense Counsel | Landlord/Ownership of building and ADA compliance |
| Brian Whitaker | Available through Plaintiff's Counsel | Plaintiff |
| William Gwinn | Available through Defense Counsel | Refuse Supervisor for the City of Long Beach, Public Works |
| Jeff Becker CASp Certificate No.: 245 | ADA Specialist T: (661) 993-2978 | Knowledge of the state and federal construction-related accessibility standards. Compliance with applicable construction-related accessibility codes and standards such as ADA. |

2. **WITNESSES DEFENDANT EXPECTS TO PRESENT BY DEPOSITION**

   (1) William Gwinn

3. **EXHIBITS DEFENDANT EXPECTS TO OFFER**

   (A) City of Long Beach Email regarding garbage bin placement

   (B) 4270 Atlantic LLC CASp Certificate

   (C) Photograph of Garbage Bin at 4270 Atlantic LLC

   (D) Photograph of Authorized Parking Only Sign at 4270 Atlantic LLC

   (E) Photograph of Handy Cap Parking Sign at 4270 Atlantic LLC

///

///

```
 1  DATED:  June 23, 2021           LAW OFFICES OF MICHELE A. DOBSON
 2
                                     /s/ Michele A. Dobson
 3                                   Michele A. Dobson, Esq.
                                     Attorney for 4270 Atlantic, LLC
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
```